**Susano MANRIQUE–CASTRUITA, Petitioner,**

**v.**

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 05–76710.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**616**

Submitted Nov. 24, 2008.*

Filed Dec. 2, 2008.

Gerald K. Roberts, Esquire, Pittsburg, CA, for Petitioner.

Laure F. Einstein, Esquire, DOJ–U.S. Department of Justice, Office of the Attorney General NW–NYA, Mark L. Gross, Esquire, Oil, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, LEAVY, and TALLMAN, Circuit Judges.

### MEMORANDUM **

Susano Manrique–Castruita, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") removal order. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion an IJ's denial of a motion to continue, *Baires v. INS,* 856 F.2d 89, 91 (9th Cir.1988), and we deny the petition for review.

The IJ did not abuse his discretion in denying Manrique–Castruita's fourth request for a continuance. *See id.*

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

